# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00350-CV
_____

### TODD ESTES, Appellant

### V.

### STRYKER ENERGY DIRECTIONAL SERVICES, LLC, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 18-06-07601-CV

## MEMORANDUM OPINION

The appellant, Todd Estes, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 24, 2018
Opinion Delivered October 25, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.